**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01172-CMA-CBS

EVA GONZALEZ,

    Plaintiff,

v.

SILVERMAN & BORENSTEIN, PLLC,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation To Dismiss Case With Prejudice (Doc. # 16) signed by the attorneys for the parties hereto it is

ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED at Denver, Colorado, this   17th   day of October, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge